IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AERO-SMITH, INC., and JETLINK
MRB, LLC,

    Plaintiffs,

v.      Civil Action No. 3:07-CV-15
    (Judge Bailey)

CARDINAL AIR LIMITED LIABILITY
COMPANY,

    Defendant.



## ORDER GRANTING PLAINTIFFS' MOTION FOR FURTHER STAY OF PAYMENT

On this day, the above-styled matter came before the Court for consideration of Plaintiffs' Motion for Further Stay of Payment [Doc. 52]. The plaintiffs, Aero-Smith, Inc. and Jetlink, MRB, LLC request an additional Order staying payment of the sale price required to be paid to the defendant until such time as this matter is finally concluded.

For reasons appearing to the Court, the **Plaintiffs' Motion for Further Stay of Payment** [Doc. 52] is **GRANTED**. The Court further **ORDERS** that the ten percent (10%) per annum interest on the unpaid sale price shall continue to accrue until such time as it is paid following the entry of a final Order affirming this Court's award of summary judgment.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: July 26, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE